IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN O. and BRIDGET M., individually and on behalf of J.O., <br><br> Plaintiffs, <br><br> v. <br><br> SCHOOL DISTRICT OF PHILADELPHIA, <br><br> Defendant. | CIVIL ACTION <br> NO. 20-1991 |

## ORDER

**AND NOW**, this 31st day of March 2021, upon consideration of Plaintiffs' Motion to Supplement the Administrative Record (Doc. No. 30), Defendant's Response in Opposition (Doc. No. 31), Plaintiffs' Reply (Doc. No. 32), the administrative record (Doc. No. 13), the arguments of counsel for the parties at the hearing on the Motion held on March 8, 2021, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiffs' Motion (Doc. No. 30) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.