IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN O., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCHOOL DISTRICT OF PHILADELPHIA, <br><br> Defendant. | CIVIL ACTION <br> NO. 20-1991 |

# ORDER

**AND NOW**, this 29th day of December 2021, upon consideration of Plaintiffs' Cross-Motion for Summary Judgment [on the Administrative Record] (Doc. No. 41), Defendant's Response in Opposition to Plaintiffs' Cross-Motion (Doc. No. 44), Defendant's Cross-Motion for Summary Judgment on the Administrative Record (Doc. No. 42), Plaintiffs' Response in Opposition to Defendant's Cross-Motion (Doc. No. 43), the arguments of counsel for the parties at the hearing held on June 11, 2021, and in accordance with the Opinion of the Court issued this date, it is **ORDERED** as follows:

1. Plaintiffs' Cross-Motion for Summary Judgment [on the Administrative Record] (Doc. No. 41) is **DENIED**.

2. Defendant's Cross-Motion for Summary Judgment on the Administrative Record (Doc. No. 42) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Defendant's Cross-Motion (Doc. No. 42) is **GRANTED** on Plaintiffs' claims for compensatory education and tuition reimbursement in Counts I and II of the Complaint (Doc. No. 1).

b. Defendant's Cross-Motion (Doc. No. 42) is **DENIED** on Defendant's counterclaim for ESY reimbursement.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.